**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| Brandi Little, ) | Case No. 5:23-cv-02227-SL |
| ) | |
| Plaintiff, ) | Judge Sara Lioi |
| ) | |
| v. ) | |
| ) | |
| Blue Stream Rehab and Nursing, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS MOTION FOR LEAVE TO SUBSTITUTE AS COUNSEL FOR DEFENDANTS

Now come attorneys David Campbell and Timothy Chai of the Law firm Gordon Rees Scully Mansukhani, LLP, and hereby request Leave of Court to substitute as counsel of record for Defendants Blue Stream Rehab and Nursing, LLC, Mendel Brecher, and Dawn Nelson in lieu of attorney Stephen Miller from the law firm of Lewis Brisbois Bisgaard & Smith, LLP, who previously appeared as counsel.

Counsel for Plaintiff is aware of this substitution and does not oppose this substitution. Further, the act of granting the Motion will not prejudice Plaintiff in this matter. A proposed order has been submitted for the Court's convenience.

Respectfully submitted,

*/s/ Timothy Chai*
David A. Campbell        (0066494)
Y. Timothy Chai        (0092202)
**GORDON REES SCULLY MANSUKHANI**
600 Superior Ave. East, Suite 1300
Cleveland, Ohio 44114
T: (216) 302-2531
F: (216) 539-0026
dcampbell@grsm.com
tchai@grsm.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed on January 10, 2024, via the Court's electronic filing system, which will provide electronic notice to all counsel of record.

*/s/ Timothy Chai*
Timothy Chai   (0092202)

1315279/80255431v.1